JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JAMES LEE, An Individual<br><br>Plaintiffs,<br><br>v.<br><br>MATHIAS HENTZ, TRUSTEE; and DOES 1 THROUGH 10, Inclusive<br><br>Defendants | Case No: 2:24cv03495-FMO-AGRx<br><br>ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION<br><br>[Fed. R. Civ. P. Rule 41(a)(1)(ii)] |

Based on the Joint Stipulation for Dismissal With Prejudice submitted by the parties herein and for good cause shown, this Court hereby dismisses, with prejudice, all Defendants from Plaintiffs' Complaint and dismisses, with prejudice, Plaintiffs' Complaint in its entirety. Each of the parties herein shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: September 26, 2024

By: _____/s/_____
Hon. Fernando M. Olguin
United States District Judge